UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARRYL JONES AND GREGORY AIRVURTIS WALKER,<br><br>Defendants. | Case No. 19-cr-00013-SI-1<br><br>**ORDER RE: SUPPLEMENTAL BRIEFING** |

Defendants' motions to suppress are scheduled for a hearing on January 14, 2020 at 2 p.m. The government contends that defendant Jones lacks standing to challenge the search of the automobile because, *inter alia*, Jones was driving a car that had been rented by someone else (defendant Walker's mother). Defendant Walker's mother, Gina Huddleston, has filed a declaration stating that she rented the automobile and that she gave her son permission to drive it. Huddleston Decl. ¶¶ 2-3. Huddleston's declaration does not state whether Jones had permission to drive the automobile, and Jones does not address the matter in his declaration.

The Court directs the parties to supplement the factual record regarding whether Jones had permission to drive the rental car, if they are able to do so. The parties may file supplemental declarations, including exhibits, no later than **January 10, 2020.**

**IT IS SO ORDERED**.

Dated: January 6, 2020

SUSAN ILLSTON
United States District Judge